### January 15, 1976.

M. P. No. 75-310. WILLIAM H. KELLEY *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus for the purpose of bail is denied. *Bevilacqua & Cicilline, John F. Cicilline, Rosenberg & Baker, David Rosenberg,* Cambridge, Mass., for petitioner. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, for respondent.

APPEAL No. 75-332. RONALD SOROKA *v.* ALICE SMITH. The stay previously granted in this matter is vacated. *Goldman, Biafore & Hines, Thomas F. Almeida,* for plaintiff-appellee. *Betsy E. Grossman,* Rhode Island Legal Services, Inc., for defendant-appellant.

### January 29, 1976.

M. P. Nos. 75-85, 91. PROVIDENCE JOURNAL COMPANY *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. PROVIDENCE JOURNAL COMPANY *v.* RHODE ISLAND COMMISSION FOR HUMAN RIGHTS. Motion of Jacqueline Mason to consolidate cases granted. *Edwards & Angell, Richard M. Borod,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for Rhode Island Commission for Human Rights. *Abedon, Stanzler, Biener, Skolnik & Lipsey, Milton Stanzler,* for Jacqueline Mason.